**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: June 26, 2019**
**HEARING TIME: 1:30 P.M.**
**LOCATION:  Tacoma, Washington**
**RESPONSE DATE: June 19, 2019**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 17-43966-BDL |
| CHARLES EDWARD MAYS JR and DARLA JO MAYS, | NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |
| Debtors. | |

### <u>NOTICE</u>

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:30 P.M. on June 26, 2019**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom I, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **June 19, 2019**.  You should also appear at the time of hearing.  If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

## MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtors filed this case on **October 26, 2017**. The case was confirmed by order of the Court on **January 10, 2018**.

2. Pursuant to the confirmed plan, Debtors are required to make plan payments of **$3,600.00** per month. Debtors are presently delinquent in plan payments in the amount of **$10,800.00**, supported by the Declaration filed herewith.

3. In addition, Debtors have failed to provide copies of the 2017 and 2018 tax returns to the Trustee.

4. Debtors have defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 28th day of May, 2019 at Tacoma, Washington.

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION FOR DISMISSAL        - 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

|  |  |
|---|---|
| In re: | Case No.: 17-43966-BDL |
| CHARLES EDWARD MAYS JR and DARLA JO MAYS, | ***PROPOSED***<br>ORDER DISMISSING CHAPTER 13 CASE |
| Debtors. | |

      **THIS MATTER** having come before the Court on the Trustee's Motion to Dismiss, due notice of hearing having been given to the Debtors and the attorney for the Debtors; the Debtors having not otherwise responded or appeared, the Court having reviewed the motion and being fully advised in the premises, IT IS HEREBY

      **ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtors; it is further

      **ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtors and may be forwarded to the Debtors though the attorney's office per 11 U.S.C. 349(b)(3); it is further

ORDER DISMISSING CASE      - 1

ORDERED that the above-captioned case be dismissed effective on the date of this Order and the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee